Ralph MEADOWS, movant, v. COMMON-
WEALTH of Kentucky, opposed.

Court of Appeals of Kentucky.

Nov. 6, 1953.

Robert M. Stephenson, Ashland, for appellant.

J. D. Buckman, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Boyd Circuit Court by Ralph Meadows from a judgment convicting him of the second offense of possessing liquor in local option territory for the purpose of sale, and fixing his punishment at a fine of $200 and confinement in the county jail for 120 days.

We have carefully considered the facts shown in the record, and the law applicable thereto. Finding no error in the record, the judgment is affirmed.